1  Patrick R. Leverty, Esq., NV Bar No. 8840
   **LEVERTY & ASSOCIATES LAW, CHTD.**
2  832 Willow Street
   Reno, Nevada 89502
3  Telephone: (775) 322-6636
   Fax: (775) 322-3953
4  Email: pat@levertylaw.com

5  [Proposed] Liaison Counsel for Plaintiffs

6  Laurence M. Rosen, Esq.
   **THE ROSEN LAW FIRM, P.A.**
7  275 Madison Avenue, 34th Floor
   New York, New York 10016
8  Telephone: (212) 686-1060
   Fax: (212) 202-3827
9  Email: pkim@rosenlegal.com
   Email: lrosen@rosenlegal.com
10
   [Proposed] Lead Counsel for Plaintiffs
11

12            **UNITED STATES DISTRICT COURT**

13                 **DISTRICT OF NEVADA**

14  FREDRIC ELLIOTT, Individually and On        Case No.:  3:10-CV-00648-LRH-(RAM)
    Behalf of All Others Similarly Situated,
15                                              **DECLARATION OF LAURENCE M.**
                    Plaintiff,                  **ROSEN IN SUPPORT OF MOTION OF**
16                                              **THE RADER GROUP FOR**
              vs.                               **APPOINTMENT AS LEAD PLAINTIFF**
17                                              **AND APPROVAL OF CHOICE OF**
                                                **COUNSEL**
18  CHINA GREEN AGRICULTURE, INC.,
    TAO LI, YING YANG, and KEN REN,             CLASS ACTION
19
                    Defendants.                 JUDGE: Hon. Larry R. Hicks
20  _____/

21

22

23

24

25

26

27

28

                                    1

I Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice law in the States of New York, California, New Jersey, and Florida.  I am the managing shareholder of the Rosen Law Firm, P.A., attorneys for James Rader and James Greenshields (the "Rader Group" or "Movant").  I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's selection of counsel pursuant to Section 21D of the Securities Exchange Act of 1934.  I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:   PSLRA Early Notice;

Exhibit 2:   PSLRA certifications of Movant;

Exhibit 3:   Movant's loss chart;

Exhibit 4:   The firm resume of the Rosen Law Firm, P.A.; and

Exhibit 5:   The firm resume of Leverty & Associates Law, Chtd.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 14th day of December, 2010, at New York.

/s/ Laurence M. Rosen
Laurence M. Rosen

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on December 14, 2010, I electronically filed the

3  foregoing with the Clerk of the Court using the CM/ECF system which will send

4  notification of such filing to counsel of record.

5                                        /S/ *Patrick Leverty*
                                        Patrick R. Leverty
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28