# EXHIBIT 1

HOT PICKS | MY PICKS | MY GROUPS | More | SEARCH

**MarketWatch**

December 14, 2010    3:44 PM EST

| | Top News | | View all |
|---|---|---|---|
| | 3:40p Fed stays the course on monetary policy | | |
| | 3:38p BREAKING GE sees high double-digit growth in China in 2011 | | |
| | 3:38p U.S. stocks pare gains as close draws near | | |

Technology



**Lined with silver?**
Dell's deal to buy data storage company Compellent, which illustrates the importance of cloud computing, leaves only a few players in the sector.

| | New York | London | Tokyo |
|---|---|---|---|
| | Open | Closed | Closed |
| | 11,460 | +0.27% | |

| DOW | +31.37 | NASDAQ | -2.97 | S&P 500 | -1.58 |
|---|---|---|---|---|---|
| | | 2,622 | -0.11% | 1,239 | -0.13% |

BULLETIN  Dow pares gains as closing bell approaches; S&P, Nasdaq turn lower   Data is loading...

INVESTOR ALERT

Front Page | News Viewer | Commentary | Markets | Investing | Personal Finance | Community | Games

PRESS RELEASE                                                                 Oct. 15, 2010, 10:20 p.m. EDT

# Investor Notice: The Rosen Law Firm Announces Filing of Securities Class Action Against China Green Agriculture, Inc. – CGA

![marketwire]

NEW YORK, NY, Oct 15, 2010 (MARKETWIRE via COMTEX) -- The Rosen Law Firm today announced that a class action lawsuit alleging violations of the federal securities laws has been filed in the US District Court for the District of Nevada on behalf of purchasers of China Green Agriculture, Inc. ("China Green" or the "Company")   (CGA **8.46**, **-0.12**, **-1.40%**) securities during the period from November 12, 2009 through September 1, 2010 (the "Class Period"). US district court of Nevada

To join the class action against China Green, go to the website at http://rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653. You may also email lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU CHOOSE TO DO NOTHING AT THIS POINT AND REMAIN AN ABSENT CLASS MEMBER.

The Complaint alleges violations of the federal securities laws against China Green and certain of its officers and directors based on alleged misleading statements about the Company's financial performance. The Complaint further alleges that China Green's financial statements filed with the SEC for fiscal 2010 are materially false and misleading because the Company's financial statements filed with Chinese authorities for the comparable periods are materially different.

If you wish to serve as lead plaintiff, you must move the Court no later than December 14, 2010. A lead plaintiff is a representative party that acts on behalf of absent class members in directing and overseeing the litigation. If you wish to join the litigation, or to discuss your rights or interests regarding this class action, please contact Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm, toll-free, at 866-767-3653, or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com. You may also visit the firm's website at http://rosenlegal.com.

The Rosen Law Firm concentrates its practice on investor securities litigation, representing investors throughout the world.

Attorney Advertising. Prior results do not guarantee a similar outcome.

```
Contact:
Laurence Rosen, Esq.
Email Contact
Phillip Kim, Esq.
Email Contact
The Rosen Law Firm P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060
Weekends/After-hours Tel: (917) 797-4425
Toll Free: 1-866-767-3653
Fax: (212) 202-3827
www.rosenlegal.com
```

SOURCE: Rosen Law Firm, P.A.

http://www2.marketwire.com/mw/emailprcntct?id=86F4B23981A6512Ehttp://www2.marketwire.com/mw/emailprcntct?id=8501DBE6CA247397http://www.rosenlegal.com

Copyright 2010 Marketwire, Inc., All rights reserved.

**Learn to Trade Options**
This Idaho Farm-boy did and turned $1,000 into $16,940 in 30 Days!
www.TheInvestorCity.com

**Refinance Rates at 2.75%**
$160,000 mortgage for $434/mo. No Hidden Fees - No SSN Req-Free Quotes
Lendgo.com/mortgage

**Mortgage Rates Hit 2.99%**
With rates lower than ever, now is the time to refinance your home.
www.SeeRefinanceRates.com

## Most Popular

MOST READ | MOST COMMENTED

1. **Best Buy shares slide after results disappoint**
2. 'Huge' stock market decline coming, but not yet
3. U.S. stocks maintain gains after Fed
4. Obama is a hostage, but not to the GOP
5. U.S. futures edge up along with retail sales

## Partner Center »                                        Find a Broker

- Trade Now at Fidelity
- Open. Fund. Trade wit Scottrade
- Trade Free for 60 Days. E*TRADE Securities.
- Alpari (US) forex trading got 100% better
- Why Pay More? Switch to OptionsHouse.
- 100 free trades & up to $100 back for switching.

## MarketWatch's Latest Tweets

"Fed leaves rates unchanged and sticks to $600 billion bond buy http://on.mktw.net/eCGg1U"
2:20 p.m. EST, Dec. 14, 2010 from MarketWatch

"#Mortgage help falls far short, panel says http://bit.ly/fSIp48"
2:17 p.m. EST, Dec. 14, 2010 from MarketWatch

"More from us @mktweurope @mktwasia @marketwatchgame @mwradio"
1:24 p.m. EST, Dec. 14, 2010 from MarketWatch

"$BBY reported an unexpected decline in fiscal third-quarter profit Tuesday http://bit.ly/e64heM"
1:15 p.m. EST, Dec. 14, 2010 from MarketWatch

"RT @MWRadio: Calling all gym rats! Hotels want your business. http://fb.me/xERjK7NC"
11:45 a.m. EST, Dec. 14, 2010 from MarketWatch



## Featured Stories

Markets | Quotes | My Portfolio | My Alerts | Community