# EXHIBIT 3

| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | DATE SOLD | # SHARES SOLD | $ PER SHARE | PROCEEDS | # SHARES RETAINED | Lookback $ Value RETAINED SHARES | APPROXIMATE LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rader Group Loss Chart | | | | | | | |
| James Rader | 1/14/2010 | 650 | ($16.06) | ($10,439.00) | 10/26/2010 | 300 | $7.02 | $2,106.00 | | | |
| | 1/14/2010 | 200 | ($16.08) | ($3,216.00) | 10/25/2010 | 2,000 | $8.02 | $16,040.00 | | | |
| | 1/13/2010 | 2,000 | ($16.50) | ($33,000.00) | 10/25/2010 | 650 | $8.02 | $5,213.00 | | | |
| | 1/13/2010 | 500 | ($16.66) | ($8,330.00) | 10/25/2010 | 200 | $8.02 | $1,604.00 | | | |
| | 1/13/2010 | 300 | ($16.54) | ($4,962.00) | 10/25/2010 | 500 | $8.02 | $4,010.00 | | | |
| | TOTAL | 3,650 | | ($59,947.00) | | 3,650 | | $28,973.00 | | | ($30,974.00) |
| James Greenshields | 11/13/2009 | 500 | ($12.61) | ($6,305.00) | 11/16/2009 | 1,500 | $13.41 | $20,115.00 | | | |
| | 11/23/2009 | 500 | ($15.31) | ($7,654.95) | 11/25/2009 | 300 | $16.04 | $4,812.03 | | | |
| | 11/23/2009 | 500 | ($15.15) | ($7,575.00) | 11/25/2009 | 200 | $15.99 | $3,198.00 | | | |
| | 11/27/2009 | 500 | ($15.00) | ($7,500.00) | 11/25/2009 | 500 | $16.12 | $8,060.05 | | | |
| | 11/27/2009 | 500 | ($14.75) | ($7,375.00) | 11/27/2009 | 1,000 | $16.00 | $16,001.00 | | | |
| | 12/3/2009 | 500 | ($17.62) | ($8,810.00) | 12/7/2009 | 1,750 | $17.74 | $31,045.00 | | | |
| | 12/3/2009 | 500 | ($17.57) | ($8,785.00) | 12/8/2009 | 1,750 | $17.74 | $31,045.00 | | | |
| | 12/3/2009 | 500 | ($17.46) | ($8,730.00) | 12/9/2009 | 800 | $18.14 | $14,512.00 | | | |
| | 12/3/2009 | 500 | ($17.31) | ($8,655.00) | 1/6/2010 | 2,000 | $16.74 | $33,480.00 | | | |
| | 12/3/2009 | 500 | ($17.17) | ($8,585.00) | 1/8/2010 | 1,000 | $17.19 | $17,190.00 | | | |
| | 12/4/2009 | 1,000 | ($16.45) | ($16,449.00) | 1/11/2010 | 1,000 | $17.39 | $17,390.00 | | | |
| | 12/9/2009 | 1,000 | ($17.58) | ($17,580.00) | 1/11/2010 | 1,000 | $17.69 | $17,690.00 | | | |
| | 12/10/2009 | 1,000 | ($17.67) | ($17,670.00) | 1/29/2010 | 1,000 | $14.28 | $14,280.00 | | | |
| | 12/10/2009 | 1,000 | ($17.67) | ($17,670.00) | 8/5/2010 | 1,000 | $11.09 | $11,090.00 | | | |
| | 12/10/2009 | 1,000 | ($17.58) | ($17,580.00) | 8/17/2010 | 1,000 | $11.24 | $11,240.00 | | | |
| | 12/11/2009 | 500 | ($17.16) | ($8,580.00) | 8/18/2010 | 500 | $12.20 | $6,100.05 | | | |
| | 12/11/2009 | 500 | ($17.16) | ($8,580.00) | 8/19/2010 | 500 | $12.37 | $6,185.00 | | | |
| | 12/16/2009 | 500 | ($16.11) | ($8,055.00) | 8/23/2010 | 500 | $12.33 | $6,165.00 | | | |
| | 12/16/2009 | 500 | ($16.00) | ($8,000.00) | | | | | | | |
| | 1/5/2010 | 200 | ($16.16) | ($3,232.00) | | | | | | | |
| | 1/5/2010 | 800 | ($16.18) | ($12,943.92) | | | | | | | |
| | 1/7/2010 | 500 | ($17.02) | ($8,510.00) | | | | | | | |
| | 1/8/2010 | 500 | ($16.64) | ($8,320.00) | | | | | | | |
| | 1/11/2010 | 1,000 | ($17.24) | ($17,240.00) | | | | | | | |
| | 1/12/2010 | 1,000 | ($17.13) | ($17,130.00) | | | | | | | |
| | 1/12/2010 | 1,000 | ($16.90) | ($16,900.00) | | | | | | | |
| | 1/12/2010 | 1,000 | ($16.52) | ($16,520.00) | | | | | | | |
| | 1/12/2010 | 1,000 | ($16.01) | ($16,010.00) | | | | | | | |
| | 1/14/2010 | 1,000 | ($16.28) | ($16,280.00) | | | | | | | |
| | 1/20/2010 | 1,000 | ($15.36) | ($15,360.00) | | | | | | | |
| | 1/29/2010 | 1,000 | ($14.28) | ($14,280.00) | | | | | | | |
| | 1/29/2010 | 1,000 | ($14.28) | ($14,279.90) | | | | | | | |
| | 3/18/2010 | 500 | ($14.63) | ($7,314.95) | | | | | | | |
| | 3/18/2010 | 500 | ($14.62) | ($7,309.95) | | | | | | | |
| | 8/10/2010 | 500 | ($10.83) | ($5,415.00) | | | | | | | |
| | 8/10/2010 | 101 | ($10.83) | ($1,093.83) | | | | | | | |
| | 8/11/2010 | 300 | ($10.75) | ($3,225.00) | | | | | | | |
| | 8/11/2010 | 99 | ($10.83) | ($1,072.17) | | | | | | | |
| | 8/18/2010 | 500 | ($12.06) | ($6,030.00) | | | | | | | |
| | 8/18/2010 | 500 | ($12.07) | ($6,035.00) | | | | | | | |
| | 8/19/2010 | 500 | ($12.03) | ($6,015.00) | | | | | | | |
| | 8/23/2010 | 500 | ($11.91) | ($5,955.00) | | | | | | | |
| | 8/23/2010 | 500 | ($11.51) | ($5,755.00) | | | | | | | |
| | TOTAL | 27,500 | | ($432,365.67) | | 17,300 | | $269,598.13 | 10,200 | $88,842.00 | ($73,925.54) |
| | GRAND TOTAL | 31,150 | | ($492,312.67) | | 20,950 | | $298,571.13 | 10,200 | $88,842.00 | ($104,899.54) |