# EXHIBIT 5

# LEVERTY & ASSOCIATES LAW CHTD.
# BIOGRAPHY

## I. ATTORNEYS

**VERNON LEVERTY- MANAGING PARTNER**

Vernon "Gene" Leverty is a 1970 graduate of University of Pacific, McGeorge School of Law.  Mr. Leverty began his legal career working as the Administrator on Nevada Environmental Protection from 1971 to 1972.  He was the Chief Deputy Insurance Commissioner for the State of Nevada from 1972 to 1979.  In 1979 Mr. Leverty joined the California law firm of Miller & Daar as a partner.  In 1989 Mr. Leverty established the Nevada law firm of Leverty & Associates Law Chtd.  He is admitted to practice law in Nevada and California and Washington and is also admitted to practice before numerous United States District Courts.

**PATRICK LEVERTY - ATTORNEY**

Patrick Leverty earned a Masters in Law (LL.M) from University of Connecticut in 2010. He graduated from Seattle University School of Law, *cum laude*, in 2003. He received a B.A. in Economics and Historty from the University of California Santa Barbara in 1999.  Mr. Leverty served as a law clerk to the Honorable Janet Berry, District Judge for the Second Judicial District Court County of Washoe in and for the State of Nevada.  He joined Leverty & Associates in the Fall of 2005.  Mr. Leverty is admitted to practice law in Nevada, California and Washington. Mr. Leverty is also admitted to practice before numerous United States District Courts.