Patrick R. Leverty, Esq., NV Bar No. 8840
**LEVERTY & ASSOCIATES LAW, CHTD.**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Fax: (775) 322-3953
Email: pat@levertylaw.com

[Proposed] Liaison Counsel for Plaintiffs

Laurence M. Rosen, Esq.
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDRIC ELLIOTT, Individually and On Behalf of All Others Similarly Situated, | Case No.:  3:10-CV-00648-LRH-(RAM) |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | CLASS ACTION |
| | JUDGE: Hon. Larry R. Hicks |
| CHINA GREEN AGRICULTURE, INC., TAO LI, YING YANG, and KEN REN, | |
| Defendants. | |

1

1    WHEREAS, the above-captioned securities class action has been filed against defendants

2    China Green Agriculture, Inc., et al., (collectively "Defendants"), alleging claims under Sections

3    10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 thereunder;

4    WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995

5    ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on October 15, 2010, Plaintiff in the first-filed action

6    caused notice to be issued to potential class members of the action and informed them of their

7    right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

8    WHEREAS, on December 14, 2010 James Rader and James Greenshields (the "Rader

9    Group" or "Movant"), moved the Court to appoint themselves as lead plaintiff and to approve

10   their selection of the Rosen Law Firm, P.A. as Lead Counsel and the law firm of Leverty &

11   Associates Law, Chtd. as Liaison Counsel;

12   WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as

13   lead plaintiff is the person or group of persons that has either filed a complaint or has made a

14   motion in response to a notice, and has the largest financial interest in the relief sought by the

15   Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

16   WHEREAS, the Court finding that the Rader Group has the largest financial interest in

17   this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P.

18   23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

19   IT IS HEREBY ORDERED THAT:

20   1.    Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-

21   4(a)(3)(B), the Rader Group is appointed Lead Plaintiff of the class, as it has the largest financial

22   interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

23   2.    Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm,

24   P.A. is appointed Lead Counsel, and Leverty & Associates Law, Chtd. is appointed as Liaison

25   Counsel.

26   3.    Lead Counsel, after being appointed by the Court, shall manage the prosecution

27   of this litigation.  Lead Counsel are to avoid duplicative or unproductive activities and are

28   hereby vested by the Court with the responsibilities that include, without limitation, the

following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and Class.

IT SO ORDERED:

Dated _____, 2010

_____
Hon. Hon. Larry R. Hicks
U.S. District Judge