| | |
|---|---|
| **BOWEN HALL OHLSON & OSBORNE**<br>Dan C. Bowen, Esq.<br>dbowen@bowenhall.com<br>Nevada Bar No. 1555<br>555 South Center Street<br>Reno, Nevada  89501<br>Tel: (775) 323-8678<br>Fax: (775) 786-6631<br><br>*Proposed Liaison Counsel* | **RIGRODSKY & LONG, P.A.**<br>Seth Rigrodsky<br>sd@rigrodskylong.com<br>Brian D. Long<br>bdl@rigrodskylong.com<br>Timothy MacFall<br>tjm@rigrodskylong.com<br>919 North Market Street, Suite 980<br>Wilmington, DE  19801<br>Tel: (302) 295-5310<br>Fax: (302) 654-7530<br><br>*Attorneys for Giuliano Lazzeretti* |
| **SAXENA WHITE P.A.**<br>Joseph E. White, III<br>jwhite@saxenawhite.com<br>Lester R. Hooker<br>lhooker@saxenawhite.com<br>2424 N. Federal Hwy, Suite 257<br>Boca Raton, FL  33431<br>Tel: (561) 394-3399<br>Fax: (561) 394-3382<br><br>*Proposed Lead Counsel for the China Green Investor Group* | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Reed R. Kathrein<br>reed@hbsslaw.com<br>Peter E. Borkon<br>peterb@hbsslaw.com<br>715 Hearst Ave, Suite 202<br>Berkeley, CA  94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br><br>*Attorneys for Thomas Johnston* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDRIC ELLIOTT, Individually, and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>CHINA GREEN AGRICULTURE, INC., TAO LI, YING YANG, and KEN REN,<br><br>     Defendants. | Case No.  3:10-CV-00648-LRH-RAM<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVE OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL** |

**CASE NO.3:10-CV-00648-LRH-RAM**
NOTICE OF MOTION AND MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD
PLAINTIFF AND APPROVE OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND LIAISON COUNSEL

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that class members Thomas Johnston, Giuliano Lazzeretti, Thuan Ly, Christina Galbraith, and Charles White (collectively, the "China Green Investor Group" or "Movant") by their counsel, will hereby move this Court under §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(u)-4(a)(3)(B), on a date and at such time as may be designated by the Court, for an Order: (i) appointing Movant as Lead Plaintiff; (ii) approving of Movant's selection of the law firm of Saxena White P.A. to serve as Lead Counsel, and (iii) approving of the law firm of Bowen Hall Ohlson & Osborne to serve as Liaison Counsel.

    This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Joseph E. White III in support thereof, the pleadings and other files and records in each of these actions and such other written or oral argument as may be presented to the Court.

    WHEREFORE, Movant respectfully requests that the Court: (1) appoint the China Green Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve of Movant's selections of Lead and Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: December 14, 2010

/s/Dan C. Bowen
Dan C. Bowen, Esq.
dbowen@bowenhall.com
**BOWEN HALL**
555 South Center Street
Reno, Nevada 89501
Tel: (775) 323-8678
Fax: (775) 786-6631

*Proposed Liaison Counsel*

**SAXENA WHITE P.A.**
Joseph E. White, III
jwhite@saxenawhite.com
Lester Hooker

2

**CASE NO.3:10-CV-00648-LRH-RAM**
**NOTICE OF MOTION AND MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVE OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND LIAISON COUNSEL**

lhooker@saxenawhite.com
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3082

*Proposed Lead Counsel for the China Green Investor Group*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein
reed@hbsslaw.com
Peter E. Borkon
peterb@hbsslaw.com
715 Hearst Ave, Suite 202
Berkeley, CA  94710
Tel: (510) 725-3000
Fax: (510) 725-3001

*Attorneys for Thomas Johnston*

**RIGRODSKY & LONG, P.A.**
Seth Rigrodsky
sd@rigrodskylong.com
Brian D. Long
bdl@rigrodskylong.com
Timothy MacFall
tjm@rigrodskylong.com
919 North Market Street, Suite 980
Wilmington, DE  19801
Tel: (302) 295-5310
Fax: (302) 654-7530

*Attorneys for Giuliano Lazzeretti*

3

**CASE NO.3:10-CV-00648-LRH-RAM**
**NOTICE OF MOTION AND MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVE OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of December, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

*/s/Dan C. Bowen*
Dan C. Bowen

**CASE NO.3:10-CV-00648-LRH-RAM**
NOTICE OF MOTION AND MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF AND APPROVE OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL AND LIAISON COUNSEL