| | |
|---|---|
| **BOWEN HALL OHLSON & OSBORNE**<br>Dan C. Bowen, Esq.<br>dbowen@bowenhall.com<br>Nevada Bar No. 1555<br>555 South Center Street<br>Reno, Nevada  89501<br>Tel: (775) 323-8678<br>Fax: (775) 786-6631<br><br>*Proposed Liaison Counsel* | **RIGRODSKY & LONG, P.A.**<br>Seth Rigrodsky<br>sd@rigrodskylong.com<br>Brian D. Long<br>bdl@rigrodskylong.com<br>Timothy MacFall<br>tjm@rigrodskylong.com<br>919 North Market Street, Suite 980<br>Wilmington, DE  19801<br>Tel: (302) 295-5310<br>Fax: (302) 654-7530<br><br>*Attorneys for Giuliano Lazzeretti* |
| **SAXENA WHITE P.A.**<br>Joseph E. White, III<br>jwhite@saxenawhite.com<br>Lester R. Hooker<br>lhooker@saxenawhite.com<br>2424 N. Federal Hwy, Suite 257<br>Boca Raton, FL  33431<br>Tel: (561) 394-3399<br>Fax: (561) 394-3382<br><br>*Proposed Lead Counsel for the China Green Investor Group* | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Reed R. Kathrein<br>reed@hbsslaw.com<br>Peter E. Borkon<br>peterb@hbsslaw.com<br>715 Hearst Ave, Suite 202<br>Berkeley, CA  94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br><br>*Attorneys for Thomas Johnston* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDRIC ELLIOTT, Individually, and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHINA GREEN AGRICULTURE, INC., TAO LI, YING YANG, and KEN REN,<br><br>    Defendants. | Case No.  3:10-CV-00648-LRH-RAM<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT OF MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF AND TO APPROVE OF LEAD PLAINTIFF'S CHOICES OF LEAD COUNSEL AND LIAISON COUNSEL** |

CASE NO. 3:10-CV-00648-LRH-RAM
DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT
OF MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF
AND APPROVE OF LEAD PLAINTIFF'S CHOICES OF LEAD COUNSEL AND LIAISON COUNSEL

I, Joseph E. White, III, declare as follows:

1. I am a shareholder of the law firm Saxena White P.A., and serve as counsel for class members Thomas Johnston, Giuliano Lazzeretti, Thuan Ly, Christina Galbraith, and Charles White (collectively, the "China Green Investor Group", or "Movant"). I submit this declaration, together with the attached exhibits, in support of the Motion to Appoint the China Green Investor Group As Lead Plaintiff and Approve of Lead Plaintiff's Choices Of Lead Counsel and Liaison Counsel.

2. Attached hereto as Exhibit A is a copy of a press release published on October 15, 2010, on *Globe Newswire*, a well-known, national, business-oriented publication, announcing the pendency of the lawsuit against Defendants herein.

3. Attached hereto as Exhibit B are true and correct certifications of all class members of the China Green Investor Group setting forth their transactions in China Green Agriculture, Inc. ("China Green") common stock.

4. Attached hereto as Exhibit C are charts setting forth the losses of Movant in connection with its transactions in China Green common stock.

5. Attached hereto as Exhibit D are the firm biographies of Saxena White P.A., and Bowen Hall Ohlson & Osborne.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 14, 2010

*/s/Joseph E. White, III*
Joseph E. White, III

2

CASE NO. 3:10-CV-00648-LRH-RAM
DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT
OF MOTION TO APPOINT THE CHINA GREEN INVESTOR GROUP AS LEAD PLAINTIFF
AND APPROVE OF LEAD PLAINTIFF'S CHOICES OF LEAD COUNSEL AND LIAISON COUNSEL