# EXHIBIT A

PZM          Saxena White P.A. Files Securities Fraud Class Action Against China
             Green Agriculture, Inc. -- CGA
             Oct 15 2010  18:00:07

Saxena White P.A. Files Securities Fraud Class Action Against China Green
Agriculture, Inc. -- CGA

BOCA RATON, Fla., Oct. 15, 2010 (GLOBE NEWSWIRE) -- Saxena White P.A. has
filed a class action lawsuit in the United States District Court for the
District of Nevada on behalf of investors who purchased the securities of
China Green Agriculture, Inc. ("China Green" or the "Company") (NYSE:CGA)
during the period between November 12, 2009 and September 1, 2010, inclusive
(the "Class Period"), seeking to recover damages caused by Defendants'
violations of the federal securities laws.

The Complaint asserts violations of Sections 10(b) and 20(a) of the Securities
Exchange Act of 1934 against China Green and certain of its present and former
officers and directors for making material misstatements and omissions about
the Company's true financial condition. According to the Complaint, during the
Class Period, Defendants misled investors about the quality and nature of
China Green's reported financial statements.

The Complaint also alleges that the Company's fiscal 2010 financial statements
filed with the SEC are materially false and misleading. In fact, China Green's
comparable 2010 financial statements filed with Chinese authorities materially
differed from the financial results set forth in the Company's SEC filings.
 China Green's false and misleading statements during the Class Period
inflated the price of the Company's securities. The Complaint asserts that
when this adverse information was finally disclosed to the market, the price
of the Company's securities dropped, damaging shareholders.

You may obtain a copy of the complaint and join the class action at
www.saxenawhite.com. If you purchased China Green stock between November 12,
2009 and September 1, 2010, you may contact Joe White or Greg Stone at Saxena
White P.A. to discuss your rights and interests:

Joseph E. White, III                    Greg Stone
jwhite@saxenawhite.com                  gstone@saxenawhite.com

Saxena White P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382
www.saxenawhite.com

If you purchased China Green shares during the Class Period and wish to apply
to be the lead plaintiff in this action, a motion on your behalf must be filed
with the Court no later than December 14, 2010. You may contact Saxena White
P.A. to discuss your rights regarding the appointment of lead plaintiff and
your interest in the class action. Please note that you may also retain
counsel of your choice and need not take any action at this time to be a class
member.

Saxena White P.A., which has offices in Boca Raton, Boston and Montana,
specializes in prosecuting securities fraud and complex class actions on
behalf of institutions and individuals. Currently serving as lead counsel in
numerous securities fraud class actions nationwide, the firm has recovered
hundreds of millions of dollars on behalf of injured investors and is active
in major litigation pending in federal and state courts throughout the United
States.

Copyright (c) 2010

```
PZM            Saxena White P.A. Files Securities Fraud Class Action Against China
               Green Agriculture, Inc. -- CGA
               Oct 15 2010  18:00:07
CONTACT: Saxena White P.A.
         (561) 394-3399

-0- Oct/15/2010 22:00 GMT
```

Copyright (c) 2010