# EXHIBIT B

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

Mr. Thomas Johnston ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint alleging securities fraud against China Green Agriculture Inc. and various of its officers and directors and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| CGA | 11/03/2009 | 1500 | 11.25 |
| | 11/20/2009 | 3000 | 16.82 |
| | 12/15/2009 | 3000 | 17.3253 |
| | | | |
| | | | |
| | | | |

| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
|---|---|---|---|
| CGA | 12/01/2009 | 100 | 7.171 |
| | 12/08/2010 | 895 | 8.4501 |
| | 12/08/2010 | 850 | 8.4201 |
| | 12/08/2010 | 85 | 8.4101 |
| | 12/08/2010 | 2170 | 8.41 |
| | 11/01/2010 | 375 | 7.15 |
| | 11/01/2010 | 2025 | 7.14 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of December, 2010.

*/s/ Thomas Johnston*
Thomas Johnston

CERTIFICATION OF PLAINTIFF
PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Giuliano Lazzeretti ("Plaintiff"), hereby declare as to the following claims asserted under the federal securities laws that:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or to participate in this action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition or trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in China Green Agriculture, Inc. (NYSE: CGA) securities that are the subject of this action:

| No. of Shares | Stock Symbol | Buy/Sell | Transaction Date | Price Per Share |
| --- | --- | --- | --- | --- |
| 800 | CGA | Buy | 1/21/2010 | $14.09 |
| 300 | CGA | Buy | 1/21/2010 | $14.10 |
| 900 | CGA | Buy | 1/21/2010 | $14.08 |
| 1,000 | CGA | Sell | 3/26/2010 | $14.17 |
| 100 | CGA | Buy | 7/9/2010 | $9.24 |
| 900 | CGA | Buy | 7/9/2010 | $9.26 |
| 2,000 | CGA | Buy | 8/2/2010 | $10.77 |
| 1,300 | CGA | Buy | 8/31/2010 | $9.52 |
| 200 | CGA | Buy | 8/31/2010 | $9.55 |

*Please list additional transactions on separate sheet of paper, if necessary.*

5. Plaintiff will actively monitor and vigorously pursue this action for the Class' benefit.

6. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification: _____.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as the Court orders or approves.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 02 day of DECEMBER, 2010.

_____
Giuliano Lazzeretti

2

## CERTIFICATION OF PLAINTIFFS
## PURSUANT TO THE FEDERAL SECURITIES LAWS

We, Adriana Biondi Lazzeretti and Giuliano Lazzeretti ("Plaintiffs"), hereby declare as to the following claims asserted under the federal securities laws that:

1. Plaintiffs have reviewed a complaint and authorized its filing.

2. Plaintiffs did not acquire the security that is the subject of this action at the direction of Plaintiffs' counsel or to participate in this action or any other litigation under the federal securities laws.

3. Plaintiffs are willing to serve as representative parties on behalf of the Class, including providing testimony at deposition or trial, if necessary.

4. Plaintiffs have made the following transaction(s) during the Class Period in China Green Agriculture, Inc. (NYSE: CGA) securities that are the subject of this action:

| No. of Shares | Stock Symbol | Buy/Sell | Transaction Date | Price Per Share |
|---|---|---|---|---|
| 1,200 | CGA | Buy | 1/4/2010 | $15.38 |
| 1,800 | CGA | Buy | 1/13/2010 | $15.92 |
| 1,000 | CGA | Buy | 1/14/2010 | $16.70 |
| 500 | CGA | Buy | 5/12/2010 | $11.77 |
| 1,100 | CGA | Buy | 5/12/2010 | $11.72 |
| 100 | CGA | Buy | 5/12/2010 | $11.71 |
| 300 | CGA | Buy | 5/12/2010 | $11.70 |

*Please list additional transactions on separate sheet of paper, if necessary.*

5. Plaintiffs will actively monitor and vigorously pursue this action for the Class' benefit.

6. Plaintiffs have not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification: _____.

7. Plaintiffs will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as the Court orders or approves.

We declare under the penalty of perjury that the foregoing is true and correct.

Executed this 02 day of DECEMBER, 2010.

*Biondi Adriana*
Adriana Biondi Lazzeretti

*[signature]*
Giuliano Lazzeretti

2

I, Thuan Ly ("Plaintiff") certify that:

1. Plaintiff has reviewed a complaint in this action and has selected Saxena White P.A. as his/her counsel.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions

| Date Shares Were Acquired | Number of Shares Acquired | Acquisition Price per Share |
|---|---|---|
| 12/15/09 | 2,100 | 17.00 |
| 06/08/10 | 105 | 9.67 |

Sales

| Date Shares Were Sold | Number of Shares Sold | Selling Price per Share |
|---|---|---|
|  |  |  |

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

/s/ Thuan Ly        October 17, 2010

## Certification and Authorization of Lead Plaintiff

I, Christina Galbraith ("Plaintiff") certify that:

1. Plaintiff has reviewed a complaint in this action and has selected Saxena White P.A. as his/her counsel.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions

| Date Shares Were Acquired | Number of Shares Acquired | Acquisition Price per Share |
|---|---|---|
| 07/24/2009 | 1820 | 9.0 |
| 05/03/2010 | 3990 | 12.225 |
| 05/25/2010 | 3000 | 10.612 |

Sales

| Date Shares Were Sold | Number of Shares Sold | Selling Price per Share |
|---|---|---|
| 10/18/2010 | 2100 | 9.920 |
| 10/21/2010 | 6710 | 9.1656 |

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

/s/ Christina Galbraith     October 25, 2010

## Certification and Authorization of Lead Plaintiff

I, charles white ("Plaintiff") certify that:

1. Plaintiff has reviewed a complaint in this action and has selected Saxena White P.A. as his/her counsel.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions

| Date Shares Were Acquired | Number of Shares Acquired | Acquisition Price per Share |
|---|---|---|
| 2-01-10 | 500 | 14.25 |
| 01-12-10 | 500 | 17.15 |

Sales

| Date Shares Were Sold | Number of Shares Sold | Selling Price per Share |
|---|---|---|
|  |  |  |

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

/s/ charles white     December 4, 2010