# EXHIBIT C

China Green Agriculture, Inc.
Movants Summary for China Green Investor Group
Class period: November 12, 2009 - September 1, 2010

| Movant | Class Period Loss |
|---|---:|
| Thomas Johnston | $49,928.70 |
| Giuliano Lazzeretti | $46,459.80 |
| Thuan Ly | $17,534.90 |
| Christina Galbraith | $16,334.97 |
| Charles White | $7,013.20 |
| **China Green Investor Group Total** | **$137,271.57** |

China Green Agriculture, Inc.
Class period: November 12, 2009 - September 1, 2010     Hold Price: $8.6868

**PLAINTIFF: Thomas Johnston**

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1,2,3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | ACTUAL SHARE PRICE | AVERAGE HOLD SALES PRICE | PSLRA SALES PRICE | SALES AMOUNT | SHARES RETAINED |
| Pre-class holdings | | 1,500 | | | | | | | | | 4,000 |
| | 11/20/2009 | 3,000 | $16.82 | $50,460.00 | 11/1/2010 | 375 | $7.15 | | | | |
| | 12/15/2009 | 3,000 | $17.33 | $51,975.90 | 11/1/2010 | 1125 | $7.14 | | | | |
| | | | | | 11/1/2010 | 900 | $7.14 | $8.88 | $8.88 | $7,992.00 | |
| | | | | | 11/1/2010 | 1100 | $7.17 | $8.88 | $8.88 | $9,768.00 | |
| Transactions | | 6,000 | | $102,435.90 | | 2,000 | | | | $17,760.00 | |
| Johnston Losses | | | | | | | | | | | $49,928.70 |

(1) There are movant sales. These sales have been valued at the higher of actual sales price or average post-class closing price to date of sale.
(2) Common shares held through the 90-day lookback period have been valued using the average price of $8.6868 per share.
(3) Partial sales have been matched to pre-class holdings on a FIFO basis.

China Green Agriculture, Inc.
Class period: November 12, 2009 - September 1, 2010

Hold Price: $8.6868

**PLAINTIFF: Giuliano Lazzeretti**

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1,2,3) | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | PSLRA | |
| DATE | SHARES | SHARE COST | PURCHASE AMOUNT | | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES RETAINED |
| 1/4/2010 | 1,200 | $15.38 | $18,456.00 | | | | | | |
| 1/13/2010 | 1,800 | $15.92 | $28,656.00 | | | | | | 11,500 |
| 1/14/2010 | 1,000 | $16.70 | $16,700.00 | | | | | | |
| 1/21/2010 | 800 | $14.09 | $11,272.00 | | 3/26/2010 | 1,000 | $14.17 | $14,170.00 | |
| 1/21/2010 | 300 | $14.10 | $4,230.00 | | | | | | |
| 1/21/2010 | 900 | $14.08 | $12,672.00 | | | | | | |
| 5/12/2010 | 500 | $11.77 | $5,885.00 | | | | | | |
| 5/12/2010 | 1,100 | $11.72 | $12,892.00 | | | | | | |
| 5/12/2010 | 100 | $11.71 | $1,171.00 | | | | | | |
| 5/12/2010 | 300 | $11.70 | $3,510.00 | | | | | | |
| 7/9/2010 | 100 | $9.24 | $924.00 | | | | | | |
| 7/9/2010 | 900 | $9.26 | $8,334.00 | | | | | | |
| 8/2/2010 | 2,000 | $10.77 | $21,540.00 | | | | | | |
| 8/31/2010 | 1,300 | $9.52 | $12,376.00 | | | | | | |
| 8/31/2010 | 200 | $9.55 | $1,910.00 | | | | | | |

Transactions: 12,500 — $160,528.00 | 1,000 | $14,170.00

Lazzeretti Losses: $46,459.80

(1) There are movant sales. The partial sales have been applied on a FIFO basis.
(2) Common shares held through the date of this filing have been valued using the average price of $8.6868 per share.
(3) No movant shares were sold in the 90 days following the class period.

China Green Agriculture, Inc.
Class period: November 12, 2009 - September 1, 2010

Hold Price: $8.6868

**PLAINTIFF: Thuan Ly**

| PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1,2,3) | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | PSLRA SALES PRICE | SALES AMOUNT | SHARES RETAINED |
| 12/15/2009 | 2,100 | $17.00 | $35,700.00 | | | | | |
| 6/8/2010 | 105 | $9.67 | $1,015.35 | | | | | 2,208 |

Transactions          2,205                $36,715.35

Ly Losses                                              0                $0.00        $17,534.90

(1) There are no movant sales. If there had been any, they would have been applied on a FIFO basis.
(2) Common shares held through the date of this filing have been valued using the average price of $8.6868 per share.
(3) No movant shares were sold in the 90 days following the class period.

China Green Agriculture, Inc.
Class period: November 12, 2009 - September 1, 2010

**PLAINTIFF: Christina Galbraith**

| PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1,2,3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | ACTUAL SHARE PRICE | AVERAGE HOLD SALES PRICE | PSLRA SALES PRICE | SALES AMOUNT |
| Pre-class holdings | 1,820 | | | 10/18/2010 | 1,820 | $9.9200 | | | |
| 5/3/2010 | 3,990 | $12.2250 | $48,777.75 | 10/18/2010 | 280 | $9.9200 | $9.1216 | $9.9200 | $2,777.60 |
| 5/25/2010 | 3,000 | $10.6120 | $31,836.00 | 10/21/2010 | 6,710 | $9.1656 | $9.1326 | $9.1656 | $61,501.18 |
| Transactions | 6,990 | | $80,613.75 | | 6,990 | | | | $64,278.78 |
| Galbraith Losses | | | | | | | | | $16,334.97 |

(1) There are movant sales. These sales have been valued at the higher of actual sales price or average post-class closing price to date of sale.
(2) All movant shares were sold in the 90 days following the class period.
(3) Partial sales have been matched to pre-class holdings on a FIFO basis.

China Green Agriculture, Inc.
Class period: November 12, 2009 - September 1, 2010

Hold Price: $8.6868

**PLAINTIFF: Charles White**

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1,2,3) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | PSLRA SALES PRICE | SALES AMOUNT | SHARES RETAINED |
| | 2/1/2010 | 500 | $14.25 | $7,125.00 | | | | | |
| | 1/12/2010 | 500 | $17.15 | $8,575.00 | | | | | 1,000 |
| Transactions | | 1,000 | | $15,700.00 | | 0 | | $0.00 | |
| White Losses | | | | | | | | | $7,013.20 |

(1) There are no movant sales. If there had been any, they would have been applied on a FIFO basis.
(2) Common shares held through the date of this filing have been valued using the average price of $8.6868 per share.
(3) No movant shares were sold in the 90 days following the class period.