# EXHIBIT D

"A HIGHLY EXPERIENCED GROUP OF LAWYERS WITH NATIONAL REPUTATIONS IN LARGE SECURITIES CLASS ACTIONS..."

## FIRM RESUME



2424 North Federal Hwy.
Suite 257
Boca Raton, FL 33431

ph 561.394.3399
fax 561.394.3382

www.saxenawhite.com

FIRM RESUME :: LEGAL PROFESSIONALS

## MAYA S. SAXENA

Ms. Saxena is the former Managing Partner of the Boca Raton, Florida office of one of the nation's largest securities litigation firms. Ms. Saxena has been instrumental in recovering nearly $300 million on behalf of investors, including the following cases:

- *Cent. Laborers' Pension Fund v. Sirva, Inc.*, (N.D. Ill.) Obtained a $53.3 million settlement in 2007 after defeating four motions to dismiss;

- *In re Helen of Troy Securities Litigation*, Case No. EP-05-CA-431-H (W.D. Tex.) Defeated motion to dismiss and obtained $4.5 million settlement in 2008;

- *In re Sunbeam Securities Litigation*, 176 F. Supp. 2d 1323 (S.D. Fla. 2002); Defendants' motions to dismiss were denied (two members of the board of directors were dismissed). Significant discovery was undertaken, including the review of approximately one million pages of documents and the depositions of approximately 90 fact witnesses over nearly 200 deposition days. After approximately eight months of negotiations, a settlement was entered into with defendant Arthur Andersen LLP for $110 million - one of the largest settlements ever with an accounting firm - and $31 million from the remaining defendants (including a $15 million personal contribution from former CEO Al Dunlap, agreed to only days prior to the start of trial);

- *In re AFC Enterprises, Inc. Securities Litigation*, No. 1:03-CV-0817-TWT (N.D. Ga. 2003). The majority of defendants' motions to dismiss were denied in this action, which involved a major financial restatement of AFC's previously reported financial results. Co-Lead counsel obtained a settlement of $15 million on behalf of the class;

- *In re Windmere-Durable Holdings, Inc. Sec. Litigation*, No. 98-2273 (S.D. Fla. 2002). Plaintiffs' alleged that defendants failed to reveal material facts concerning a recent acquisition. The case resulted in a settlement of $10.5 million after the conclusion of merits and expert discovery;

- *In re PSINet, Inc. Securities Litigation*, No. 00-1850-A (E.D. Va 2002). Plaintiffs alleged that defendants' failed to reveal the true financial condition of PSINet and one of its recent acquisitions. After the conclusion of merits, class, and expert discovery, the case settled for $17.8 million;

- *In re Pinnacle Holdings Inc. Securities Litigation*, No. 8:01-cv-624 (M.D. Fla. 2002). Co-Lead counsel obtained as settlement of $11 million prior to the commencement of discovery, including significant contributions from the Company's auditor and underwriters;

- *Cheney v. Cyberguard Corp.*, No. 98-6879 (S.D. Fla. 1998). Co-Lead Counsel obtained a settlement of $11 million after the close of discovery;

2

**FIRM RESUME • LEGAL PROFESSIONALS**

▪ *In re Tropical Sportswear Int'l Securities Litigation*, No. 8:03-cv-1958 (M.D. Fla. 2002). Defeated motions to dismiss; $8 million settlement pending despite bankruptcy of the Company.

Prior to joining her previous law firm, Ms. Saxena was employed as an Assistant Attorney General in Ft. Lauderdale, Florida. As an Assistant Attorney General, Ms. Saxena represented the State of Florida, its agencies and officers in civil cases at the appellate and trial level, and prepared *amicus curiae* briefs in support of state policies at issue in state and federal court cases. Ms. Saxena also represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials.

Ms. Saxena graduated from Syracuse University *summa cum laude* in 1993 with a dual degree in policy studies and economics, and graduated from Pepperdine University School of Law in 1996.

Ms. Saxena is a member of the Florida bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Eleventh and Fifth Circuit Courts of Appeal. Ms. Saxena was recently recognized in the *South Florida Business Journal's* "Best of the Bar" as one of the top lawyers in South Florida.

Ms. Saxena regularly represents institutional investors in successful shareholder actions involving breaches of fiduciary duty and violations of the federal securities law. Ms. Saxena is a frequent speaker at educational forums involving public pension funds and advises public and multi-employer pension funds on their options for addressing fraud-related losses to their pension portfolios.

## JOSEPH E. WHITE III

Mr. White has represented shareholders as lead counsel in securities fraud class actions against numerous publicly traded companies, yielding multi-million dollar settlements. Cases under his direction that settled in 2007 include: *Cent. Laborers' Pension Fund v. Sirva, Inc.*, ($53.3 million plus corporate governance improvements), *In re Catalina Marketing Corp. Securities Litigation* ($8.5 million), *In re Helen of Troy Securities Litigation* ($4.5 million), *In re Advanced Neuromodulation Systems, Inc. Securities Litigation* ($3 million), and *In re Mikohn Gaming Corp. Securities Litigation* ($2.8 million for Sect. 11 class – a recovery of 63% of the Sect 11 damages). Mr. White's efforts also yielded multi-million settlements in actions against: UniCapital Corp., Hamilton Bancorp, Profit Recovery Group, AES Corp., Tropical Sportswear International Corp., and AFC Corp.

Along with advising public and union pension funds on securities law matters, Mr. White has also assisted shareholders in achieving equitable treatment in minority shareholder

buy-out actions and derivative actions achieving meaningful corporate governance reform. Mr. White's clients include multi-billion dollar private investment funds, union pension, annuity and welfare funds, as well as municipal and county public pension funds. Mr. White regularly lectures on topics of interest to pension trustees, including "The Role of Public Pension Funds in Corporate Governance," "The Benefits of Portfolio Monitoring for Public Pension Funds" and "Tools for Assisting Pension Fund Trustees in Monitoring Securities Litigation." Mr. White is an associate member and educational lecturer for the Florida Public Pension Trustees Association.

Mr. White earned an undergraduate degree in Political Science from Tufts University before obtaining his Juris Doctor from Suffolk University School of Law. Before concentrating his practice in securities fraud, Mr. White represented national insurance companies in pursuit of fraudulent claims from the initial investigations and denial of claims through trial.

Mr. White is a member of the bar of the Commonwealth of Massachusetts and the State of Florida, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the District of Massachusetts. Mr. White is also a member of the United States Circuit Courts of Appeal for the First and Eleventh Circuits.

## CHRISTOPHER S. JONES

Mr. Jones' practice has focused on class action litigation, including securities class actions, consumer class actions, and corporate derivative litigation for more than a decade. Some of his recent class action victories, settlements, and lead and co-lead counsel positions while at Saxena White include:

- *Cent. Laborers' Pension Fund v. Sirva, Inc.*, (N.D. Ill.) (Lead Counsel) ($53.3 million settlement in 2007; defeating motions to dismiss reported at 2006 U.S. Dist. LEXIS 73375, September 22, 2006);

- *In re Cablevision Systems Options Backdating Litigation*, (Supreme Court of New York, Nassau County, June 2008) (Co-Lead Counsel) ($34.4 million settlement) (See Options Grant to Dead Exec Leads to $34.4 Million Settlement, Wall Street Journal, June 5, 2008);

- *In re Alltel Corp. Shareholders Litigation*, Case No. 07-6406 (Pulaski County, Arkansas) (Co-Lead Counsel) (settlement pending June 2008);

- *In re Helen of Troy Securities Litigation*, Case No. EP-05-CA-431-H (W.D. Tex.) (Lead Counsel) (defeating motions to dismiss; $4.5 million settlement in 2008);

- *In re Friedman's, Inc. Securities Litigation*, 2005 U.S. Dist. LEXIS 19503, 2005 WL 2175936 (N.D. Ga. 2005) (defeating motions to dismiss; $14.9 million settlement in 2008);

**FIRM RESUME — LEGAL PROFESSIONALS**

Before joining Saxena White, P.A. Mr. Jones was a partner at one of the nation's leading class action law firms, and has actively litigated class actions on both the plaintiff and defense sides since 1996.

Mr. Jones also has extensive experience prosecuting complex corporate derivative actions. Notably, he was one of the lead counsel in the widely reported case involving FPL Group, Inc. (NYSE:FPL), a large public utility holding company. After nearly three years of intense litigation, which included reported victories on Defendants' motions to dismiss (*Klein v. FPL Group, Inc.*, 2004 U.S. Dist. LEXIS 919, 2004 WL 302292 (S.D. Fla. 2004)), and key discovery motions (*Klein v. FPL Group, Inc.*, 2003 U.S. Dist. LEXIS 19979 (S.D. Fla. 2003)), eight FPL executives, and their insurer, returned $22.25 million in compensation to the company. (See FPL Group to receive $22.25 million settlement in shareholder suit, *Knight-Ridder/Tribune Business News*, August 14, 2004). The settlement represents a groundbreaking recovery because it implemented sweeping corporate governance provisions at FPL, and at the time was the largest amount of money ever returned to a public company by members of its management in an executive compensation lawsuit.

Mr. Jones is also the creator and author of *The PSLRA Nugget*, a well known blog which provides cutting edge information and analysis on recent securities class action opinions. Regular Nugget subscribers and readers include hundreds of attorneys from the plaintiff and the defense bars, the Securities and Exchange Commission and other government agencies, economic analysts, D&O insurance companies, university professors, Fortune 500 general counsel, pension funds, and national news organizations.

Prior to practicing at his previous law firm, Mr. Jones was an attorney with a prominent corporate defense firm in St. Louis, Missouri. At that firm, he practiced in a variety of areas, including complex litigation, class actions, and appellate litigation. His reported victories there spanned federal and state courts, including *Clay v. Philip Morris Inc.*, 188 F.R.D. 483 (S.D. Ill. 1999); *West Virginia-Ohio Valley Area I.B.E.W. Welfare Fund v. R.J. Reynolds Tobacco Co.*, 188 F.R.D. 425 (S.D.W. Va. 1999), *Conway v. Royalite Plastics, Inc.*, 12 S.W. 3d 314 (Mo. 2001), and *Fletcher v. Conoco Pipeline Co.*, 129 F. Supp. 2d 1255 (W.D. Mo. 2001), aff'd 323 F.3d 661 (8th Cir. 2003).

Mr. Jones graduated from University of Akron, *cum laude*, in 1991 with a Bachelor of Arts in Economics, and earned his law degree from DePaul University in 1996.

Mr. Jones is a member of the state bars of Florida, New York, Illinois, Georgia, and Missouri. He is also admitted to practice before the following United States District Courts: Southern District of Florida, Middle District of Florida, Northern District of Florida, Northern District of Illinois, Southern District of Illinois, Northern District of Georgia, and the Eastern District of Missouri.

FIRM RESUME | LEGAL PROFESSIONALS

### LESTER HOOKER

Mr. Hooker earned his Bachelor's Degree from the University of California at Berkeley in 1999 with a Major in English. Thereafter, Mr. Hooker worked as a writer and editor for various websites, magazines and companies. In 2005, Mr. Hooker earned both a Juris Doctor and a Master's Degree in Business Administration with an emphasis in International Business from the University of San Diego. At USD, Mr. Hooker was awarded the Dean's Outstanding Scholar Scholarship from the law school, as well as the Ahlers Center International Graduate Studies Scholarship from the business school.

Prior to joining Saxena White, Mr. Hooker was an associate at a leading San Diego law firm specializing in consumer class actions, wage & hour disputes, and civil litigation. He currently focuses his practice on securities fraud class actions and consumer class actions. Mr. Hooker is a member of the California and Florida bars.

### PETER A. LAGORIO

Formerly a partner with a firm concentrating in securities and product liability class actions, he has successfully represented investors in a wide variety of complex securities class actions and shareholder derivative suits, obtaining many significant monetary recoveries often under very challenging factual and legal circumstances, including *In re Blech Securities Litigation*, 187 F.R.D. 97 (S.D.N.Y. 1999), 961 F. Supp. 569 (S.D.N.Y. 1997) (co-lead counsel in recovering over $15 million in complex market manipulation case against clearing firm, market makers and affiliates where central participants in scheme were insolvent); *Degulis v. LXR Biotechnology, Inc.*, 928 F. Supp. 1301 (S.D.N.Y. 1996) (companion case); *Hynes v. The Enstar Group, Inc.*, 90-C-1204-N (M.D. Ala.) (co-lead counsel in recovery of over $23 million in complex securities fraud case involving defunct company); *Cooper v. Kana*, 3:98-CV-2804 (N.D. Tex.) (co-lead counsel in recovering large percentage of investors' losses arising out of initial public offering of company that became insolvent due to accounting irregularities); *Lynn v. Infinity Investors Ltd.*, 3:97-CV-226 (E.D. Tenn.) (co-lead counsel in recovering majority of investors' losses against convertible debenture purchasers in market manipulation and breach of contract case despite bankruptcy of securities issuer and plan of reorganization that sought to dismiss the case); *Schulte v. Oxford Development Corp.*, 97-1333 (D. Md. 1998), order approving settlement affirmed, 135 F.3d 770 (4th Cir. 1998) (co-lead counsel in obtaining comprehensive settlement valued at over $11 million on behalf of limited partners in connection with complex real estate partnership restructuring transaction); *Caven v. Miller*, No. H-96-CV-3464 (S.D. Tex.) (co-lead counsel in shareholder derivative action recovering $18 million of benefits on behalf of successor company in merger); *Rosenblum v. Equis Financial Group*, No. 98-8030 (S.D. Fla.) (one of three counsel actively involved in achieving comprehensive class and derivative settlements in connection with

**FIRM RESUME · LEGAL PROFESSIONALS**

complex equipment leasing partnership restructuring transaction); In *re Xchange, Inc. Sec. Litig*, 1:01-CV-10322 (D. Mass.) (local counsel actively involved in obtaining $8.5 million settlement in case involving securities of bankrupt software company). Mr. Lagorio has also successfully represented both investors and securities professionals in NASD securities arbitration proceedings. In addition, he has advised securities issuers and investment professionals on various areas of federal and state securities law compliance, including private placements.

Mr. Lagorio has also been actively involved in the successful prosecution of various nationwide class actions arising out of defective product and/or deceptive trade practice claims, including *Muccioli v. Sony Computer Entertainment America, Inc.*, Civil Action No. 413148 (San Mateo County, Cal. Superior Court) (obtaining free service and repairs and extended warranty period and partial cash refunds of past repair costs to purchasers of video game consoles); and *Michaels v. Phoenix Home Life Mutual Insurance Co.*, Index No. 5318-95 (N.Y. Sup. Ct., Albany County), 1997 N.Y. Misc. LEXIS 171 (1996) (approving comprehensive class settlement in litigation involving sale of life insurance policies); *Natal v. Transamerica Occidental Life Insurance Co.*, Index No. 694829 (San Diego, CA Superior Court) (same); *Coleman v. GAF Building Materials Corp.*, CV-96-0954 (Mobile County, Alabama Circuit Court) (defective roofing shingles settlement with benefits estimated at present value of $75 million); *Sebago, Inc. v. Beazer East, Inc.*, No. 96-10069 (D. Mass.) (defective foam roof insulation settlement with benefits estimated at present value of $240 million).

Mr. Lagorio is a 1977 graduate (*cum laude*) of Boston College where he received a Bachelor of Science degree from the School of Management concentrating in Accounting, and a 1994 graduate of New England School of Law (J.D.). Mr. Lagorio is a member of the bar of the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit. He is a member of the American Bar Association, Massachusetts Bar Association and the Boston Bar Association. Prior to practicing law, Mr. Lagorio had several years experience working as a financial analyst, securities broker and investment advisor.

### LYNDA CAREY PARIS

Lynda Carey Paris actively works on various class action cases involving securities, consumer protection, and related matters. Ms. Paris has previously practiced in various areas of insurance defense and personal injury law litigation. Prior to attending law school Ms. Paris worked several years as a legal assistant at a law firm handling patent litigation and prosecution. Ms. Paris is a 1995 graduate (cum laude) of Merrimack College in North Andover, Massachusetts, where she received a Bachelor of Arts degree in History, and a 2001 graduate of Suffolk University Law School (J.D.). Ms. Paris is a member of the bar

**FIRM RESUME | LEGAL PROFESSIONALS**

of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. Ms. Paris is Of Counsel to Saxena White.

## BRANDON GRZANDZIEL

Brandon Grzandziel earned his Bachelor of Arts degree in English from Wake Forest University in Winston-Salem, North Carolina, where he graduated with honors in 2005. In 2008, he received his Juris Doctor from the University of Miami School of Law. While at the University of Miami, Mr. Grzandziel was Executive Editor of the *University of Miami Business Law Review*, and his article, *A New Argument for Fair Use Under the Digital Millennium Copyright Act*, was published in the Spring/Summer 2008 issue. He was also honored with a CALI Award for his research on Shakespeare's use of the law in *Hamlet*. During law school, Mr. Grzandziel worked for a boutique criminal defense firm in Miami, where he gained litigation experience in both federal and state court.

## SCOTT A. MILLER

Mr. Miller recently joined Saxena White as Special Counsel, a newly-created position that is focused on providing broad support to the pension plans represented by Saxena White. Mr. Miller's background is uniquely suited for that purpose – he was most recently in-house legal counsel for the Montana Public Employee Retirement Administration for three years. Prior to that Mr. Miller was in the North Dakota Office of Attorney General for over eight and a half years, representing the North Dakota Public Employees Retirement System, Teachers' Fund for Retirement and State Investment Board. During his tenure in the North Dakota Office of Attorney General Mr. Miller also represented the North Dakota Department of Commerce, Department of Financial Institutions, and the only state-owned bank in the country, the Bank of North Dakota.

Mr. Miller has presented at numerous national legal conferences, including presentations at five National Association of Public Pension Attorney conferences on topics ranging from fiduciary duty to constitutional retirement benefit protections. During his over eleven years as a member of the National Association of Public Pension Attorneys, Mr. Miller served on the Mentor Committee and as the Lead Chair of the Fiduciary and Plan Governance Section. Mr. Miller is also active in the performing arts as both a moving prop and a prop mover in his daughter's ballet school's productions.

Mr. Miller received his Bachelor of Business Administration degree, with a major in economics and a minor in mathematics, from the University of North Dakota. Mr. Miller received his Juris Doctor from the Willamette University College of Law.

Mr. Miller is a member of the bar of the states of Montana, North Dakota and Minnesota, as well as the United States District Courts for the Districts of North Dakota and Montana.

**FIRM RESUME — LEGAL PROFESSIONALS**

### PAMELA ITZKOWITCH

Pamela Itzkowitch graduated from the University of Miami School of Law in May, 2008. During her law school career, she held several internship positions in the field of criminal law, and also worked briefly in commercial litigation. Ms. Itzkowitch took and passed the July 2008 New York and New Jersey Bar Examinations. She was admitted to the New Jersey Bar in December 2008, and to the New York Bar in July 2009. Since law school, Ms. Itzkowitch worked as a volunteer attorney for the Children's Law Center, and then worked as a contract attorney doing confirmatory discovery for Saxena White. She is currently a volunteer attorney for a solo practitioner, whose practice focuses on real estate and commercial litigation.

### WYNTER V. GALINDEZ

Mr. Galindez graduated from Duke University in 2001 and received his Juris Doctor from Brooklyn School of Law in 2007. He is admitted to practice law in New York, New Jersey, Connecticut and Florida. He practice is focused on complex litigation.

### KYLIE WAGENET

Ms. Wagenet graduated cum laude from Boston University in 2004 with a Bachelor's Degree in Political Science and a minor in Spanish. While at Boston University, she was a member of the Boston University Women's Varsity Lacrosse Team from 2000-2004. In 2009, she received a J.D. and an M.B.A. in finance from the University of Miami. While at UM, Ms. Wagenet was a judicial intern in the Eleventh Judicial Circuit Court of Florida, and also worked at a prominent Miami defense firm, where she gained litigation experience in state court. Ms. Wagenet has also interned for a Miami holding company as a research analyst and for a major national investment firm.

"I THINK THAT THE RESULT WAS AN OUTSTANDING RESULT. …

    [Q]UITE FRANKLY, I THINK THAT IF YOU DIDN'T HAVE THAT

CALIBER OF COUNSEL ON THE PLAINTIFFS' SIDE,

    THERE IS NO WAY THAT THESE SHAREHOLDERS WOULD

BE LOOKING AT THE RECOVERY THAT THEY ARE…"

**FIRM RESUME • PROFESSIONALS**

## DAVID PROFITT

David Profitt manages the firm's relationships with our Organized Labor clients. Mr. Profitt has 12 years experience working directly with labor union pension funds on the asset management side. In addition, he spent eight years as a member of labor with Communication Workers Local 4401and Teamsters Local 100 in Cincinnati, Ohio.

Prior to joining Saxena White, Mr. Profitt served as Executive Director for Organized Labor Services with UBS Global Asset Management. At UBS, Mr. Profitt established a national marketing program to introduce UBS global Asset Management to organized labor. He was responsible for all of UBS's labor clients, with over $4 billion of assets under management. At UBS, Mr. Profitt forged an alliance between the UBS Investment Bank and researchers at the Change to Win Coalition to provide valuable investment bank research to the various pension funds within Change to Win.

Prior to serving as an Executive Director at UBS, Mr. Profitt started the first national effort to market to organized labor at Fifth Third Asset Management.

Mr. Profitt earned his bachelor's degree in Education from Northern Kentucky University. In 1997, he was appointed Honorary Kentucky Colonel by then Governor Paul Patton for his work with the Boy Scouts of America and his work with inner city youth. Mr. Profitt maintains Series 7 and 66 licenses.

## PETER HAPGOOD

Institutional Investor Services

Peter Hapgood serves as an institutional liaison at the firm. Mr. Hapgood has 29 years of experience working with public funds, including eight years in the management and administration of retirement benefits and ten years in the investment management business working with public employee retirement systems. He began his professional career as a legislative assistant in the Massachusetts House of Representatives and later taught social studies in the Southbridge, Massachusetts, public schools.

Prior to joining Saxena White, Mr. Hapgood was a partner in the public funds practice of Nordea Investment Management Company and he previously served as the national director of public fund marketing for Freedom Capital Management Corporation. Mr. Hapgood's relationship with the public employee retirement industry began when he joined the management staff of the Massachusetts Teachers' Retirement Board (MTRB), where he later served as the Deputy Executive Director. He has been designated a Certified Retirement Administrator and a Certified Retirement Counselor by the International Foundation for Retirement Education and has been designated a Certified Public Pension Trustee by the Florida Public Pension Trustees Association (FPPTA).

FIRM RESUME  PROFESSIONALS

Mr. Hapgood is currently an educational consultant and chairman of the Education Committee for the Florida Public Pension Trustees Association. He has been a member of the National Conference on Public Employee Retirement Systems, the National Council on Teacher Retirement and the National Preretirement Education Association. He currently serves as the appointed trustee of the Southbridge, Massachusetts, Contributory Retirement System.

Mr. Hapgood earned a bachelor's degree in Public Administration from Nichols College and earned a master's degree in Education from American International College.

### GREG STONE

Director of Case Analysis

Mr. Stone is the firm's Director of Case Analysis and was most recently associated with one of the nation's leading securities fraud class action litigation firms in New York. He is responsible for managing the initial quantitative and qualitative analysis provided to Saxena White attorneys on potential violations of federal and state securities laws by public companies.

He earned an undergraduate degree in Accounting from The University of Pennsylvania before obtaining his MBA from UCLA. He has many years of professional financial experience, having worked with a major Big Four accounting firm, major investment brokerage houses, and hedge funds in New York.

### STEFANIE LEVERETTE

Miss Leverette is the Legal Coordinator and Client Liaison. In this role, she handles the various legal matters integral to the prosecution of the firm's cases. In addition, Miss Leverette coordinates the firm's client outreach and development programs, and manages the firm's presence at numerous industry conferences. She earned her undergraduate degree in Business Administration with a focus on Management from the University of Central Florida and is currently working toward her Masters in Business Administration.

"I WANT TO COMMEND COUNSEL IN THIS PROTRACTED COMPLEX LITIGATION FOR THE EXCELLENT RESULTS..."

# BOWEN HALL OHLSON & OSBORNE

## ATTORNEYS AT LAW

# LEGAL EXCELLENCE.  PERSONAL TOUCH.

**Dan Bowen,** *Partner*
dbowen@bowenhall.com
(775) 323-8678
Fax (775)786-6631

**Dan C. Bowen** has practiced in Northern Nevada since 1975. He practices primarily in commercial and business litigation and tries cases in the state and federal courts in Reno and Las Vegas. Mr. Bowen has been a member of the Best Lawyers in America since 1999. He is a member of the State Bar of Nevada and the State Bar of California and sat on Northern Nevada State Bar Disciplinary Panel. Mr. Bowen has been responsible for the supervision and trial of many major commercial, securities, environmental and employment cases over the course of his career representing clients such as General Motors, Hilton Hotels, Caesars, Southern Pacific Transportation, Du Ponte and many others. As a past member of the Northern Nevada Disciplinary Panel he has participated in and chaired numerous disciplinary panels. As chair of the panel he was called upon the make evidentiary and procedural rulings. Mr. Bowen has participated in several arbitrations and mediations and has had training as a mediator.

**Education:**
California State University, Fullerton (B.A. 1971)
University of San Francisco (J.D. 1975)
Member, Board of Editors, University of San Francisco Law Review

**Publications:**
Goldstein vs. California; A New Outlook For The Misappropriation Doctrine, University of San Francisco Law Review, Volume VIII, Number 1, Fall 1973
Nevada Chapter, Products Liability 50 State Handbook 1994-95 Edition, West Publishing Company 1994

**Member:**
State Bar of California -- 1975
State Bar of Nevada -- 1976

**Honors and Positions:**
Best Lawyers in America -- 1998 to Present.
Outstanding Lawyers of America -- 2003 to Present.
Member, Nevada Commission on Preservation, Access, and Sealing of Court Records -- 2007 to Present.
Northern Nevada State Bar Disciplinary Panel -- 1995 to 2000.
Member, Advisory Board Northern Nevada Make a Wish Foundation -- 1997-1998.
Euromoney Publication, PCL "Guide to the World's Leading Labor & Employment Lawyers" -- 1997.

**Ann Hall,** *Partner*
ahall@bowenhall.com
(775) 323-8678
Fax (775)786-6631

**Ann Osborne Hall** is a third-generation lawyer who represents businesses and individuals in a variety of litigation matters including trials, mediations and arbitrations. Ms. Hall has served as a Law Clerk to the honorable Peter I. Breen, where she learned first-hand about successful advocacy. She has a broad range of professional experience due to the diversity of clients she has represented and the types of cases she has handled. Ms. Hall has successfully litigated numerous disputes, as well as found creative solutions to her clients problems that avoided litigation. Ms. Hall has been on the executive board of the Washoe County Bar Association, and is currently president of the Washoe County Bar Association.

**Education**
Northwestern University 1990, BA
University of Denver, JD 1993, MBA 1994

**Honors and Awards:**
Law Clerk for Honorable Peter I Breen, Second Judicial District Court
Board member of Washoe County Bar Association (6-year term)

**Admitted to practice:**
Nevada 1994
California 1995
U.S. District Court 1996

**Member:**
Washoe County Bar Association (Executive Board--Currently Vice-President)
State Bar of Nevada
State Bar of California
American Inns of Court, 1995-1996
Northern Nevada Women's Lawyers Association
Nevada Trial Lawyers Association
Professor of Torts, 2001-04 (ABA accredited TMCC paralegal program)
Access to Justice Foundation Board

**John Ohlson,** *Partner*
johlson@bowenhall.com
(775) 323-8678
Fax (775)786-6631

**John Ohlson** handles a wide range of litigation matters in Nevada state and federal courts including, but not limited to, medical malpractice, legal malpractice, accounting malpractice, veterinary malpractice, personal injury, breach of contract, fraud, business disputes, real property issues, criminal law and many other types of cases. Mr. Ohlson handles cases from their inception to their completion. He has experience in every level of a case, from initial case analysis and planning to performing in jury trials. Recently Mr. Ohlson was lead counsel in: Whitehead v Judicial Discipline Commission and Fund For Animals et al v Hodel (Sec of Interior).


**Education**
Stanford University 1964-1968, BA Psychology Athletic Scholarship (football)
Vanderbilt School of Law, JD 1972 (academic scholarship)

**Honors and Awards:**
Martindale-Hubble AV
Best Lawyers In America
Best Lawyers in Nevada

**Admitted to Practice:**
Nevada 1972, District Court
Nevada, 9th Circuit Court
US Supreme Court

**Member:**
American Board of Trial Advocates
Inns of Court
Nevada Supreme Court Rule 250 Committee

**Alfred H. Osborne,** *Partner*
(775) 323-8678
Fax (775)786-6631

**Alfred H. Osborne** started the law firm of Osborne, Ohlson and Hall in 1984 and has since retired. Mr. Osborne remains respected member of the legal community. Since anchoring the firm in 1984, Mr. Osborne's focus remained steadfast upon building a firm with smart, ambitious, hard-working lawyers who created original solutions for their clients' problems on a daily basis.