BOWEN HALL
Dan C. Bowen, Esq.
dbowen@bowenhall.com
Nevada Bar No. 1555
555 South Center Street
Reno, Nevada 89501
Telephone: 775-323-8678
Facsimile: 775-786-6631

*Liaison Counsel for Lead Plaintiffs*

SAXENA WHITE P.A.
Joseph E. White, III (*pro hac vice*)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice*)
lhooker@saxenawhite.com
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561-394-3399
Facsimile: 561-394-3082

*Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FREDRIC ELLIOTT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA GREEN AGRICULTURE, INC., *et al.*,<br><br>Defendants. | Case No. 3:10-cv-00648-LRH-WGC<br><br>CLASS ACTION<br><br>**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that Lead Plaintiffs respectfully move, on a date convenient to the Court, before the Honorable Larry R. Hicks, for an Order granting preliminary approval of the Proposed Settlement of this securities class action, pursuant to Federal Rule of Civil Procedure 23(e). This motion is based upon the accompanying memorandum of law, the Stipulation of Settlement and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion.

Dated: March 17, 2014            Respectfully submitted,

BOWEN HALL
Dan C. Bowen, Esq.
dbowen@bowenhall.com
Nevada Bar No. 1555
555 South Center Street
Reno, Nevada 89501
Telephone: 775-323-8678
Facsimile: 775-786-6631

*Liaison Counsel for Lead Plaintiffs*

SAXENA WHITE P.A.
Joseph E. White, III (*pro hac vice*)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice*)
lhooker@saxenawhite.com
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: 561-394-3399
Facsimile: 561-394-3082

*Lead Counsel for Lead Plaintiffs*

CASE NO. 3:10-CV-00648-LRH-WGC—Page 1
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT